**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **EDWIN GEOCANNI MENDEZ ORDONEZ,**<br><br>    **Petitioner,**<br><br>    **v.**<br><br>**J.L. JAMISON,** *et al.*,<br><br>    **Respondents.** | **CIVIL ACTION NO.  26-1683** |

## ORDER

**AND NOW,** this 16th day of March 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** that:

1.  Respondents are ordered to **SHOW CAUSE** why the Petition for a Writ of Habeas Corpus should not be granted by **March 18, 2026**. [1]

2.  The Clerk of Court is directed to make service upon the U.S. Attorney's Office. The Clerk shall provide the U.S. Attorney's Office with an acceptance of service form, the Petition for Writ of Habeas Corpus, and a copy of this order.

3.  This matter shall be heard by the Honorable Cynthia M. Rufe on **March 19, 2026 at 11:00 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

4.  Respondents shall not deport or transfer Petitioner from this Court's jurisdiction pending this Court's ruling on the pending petition. Respondents may release Petitioner from detention.

    It is so **ORDERED.**

---

[1] 28 U.S.C. § 2243.

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**