**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA**

EDWIN GEOCANNI MENDEZ ORDONEZ,

    *Petitioner*,

    v.

    Civil Action No. 26-1683

J.L. JAMISON, *et al.*,

    *Respondents*.

**STIPULATION AND ORDER**

Petitioner, a non-citizen who has been detained by immigration authorities, filed this action for a writ of habeas corpus on March 16, 2026 (ECF No. 1). On March 16, 2026, the Court issued an Order, among other matters, scheduling a hearing for March 19, 2026 at 11:00 a.m. (ECF No. 3). On March 17, 2026, Respondents filed a response to the petition (ECF No. 4).

On March 17, 2026, Petitioner's Counsel realized she made a typo in the case caption. Petitioner's name should read Edwin Geocanni Menendez[1] Ordonez, as stated in the Petition. The parties hereby stipulate and agree to correct the case caption at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

1.  Petitioner's name will be updated to: Edwin Geocanni Menendez Ordonez.

---

[1] Petitioner's counsel accidentally typed Petitioner's last name as Mendez instead of Menendez in the case caption.

Dated: March 17, 2026

DAVID METCALF
United States Attorney

*/s/ Alanna N. Pawlowski*
ALANNA N. PAWLOWSKI
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  Alanna.Pawlowski@usdoj.gov
*Counsel for Respondents*

Respectfully submitted,

*/s/Mikaela Wolf-Sorokin*
MIKAELA WOLF-SOROKIN, ESQ.
(Bar # 335725)
Defender Association of Philadelphia
1441 Sansom Street
Philadelphia, PA 19102
Phone:  267-765-6789
MLWolfSorokin@philadefender.org

*Pro Bono Counsel for Petitioner*

BY THE COURT:

Dated: March 18, 2026

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.
United States District Court

2