IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWIN GEOCANNI MENENDEZ
ORDONEZ,[1]

      *Petitioner*,

  v.

J.L. JAMISON, *et al.*,

      *Respondents.*

Civil Action No. 26-1683

## STIPULATION AND ORDER

Petitioner, a non-citizen who has been detained by immigration authorities, filed this action for a writ of habeas corpus on March 16, 2026 (ECF No. 1). On March 16, 2026, the Court issued an Order, among other matters, scheduling a hearing for March 19, 2026 at 11:00 a.m. (ECF No. 3). On March 17, 2026, Respondents filed a response to the petition (ECF No. 4).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument or any hearing and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

---

[1] On March 17, 2026, soon before the present stipulation, the parties submitted a stipulation to correct Petitioner's name in the case caption from Edwin Geocanni Mendez Ordonez to Edwin Geocanni Menendez Ordonez. Accordingly, while at the time of the parties' present submission the Court had not issued an order to correct the case caption, in anticipation of such correction, the case caption here uses the correct spelling of Petitioner's name.

Accordingly, it is hereby ORDERED:

1. The Court will decide the petition on the papers.

2. The hearing scheduled for March 19, 2026 at 11:00 a.m. is cancelled.

Dated: March 17, 2026

DAVID METCALF
United States Attorney

*/s/Mikaela Wolf-Sorokin*
MIKAELA WOLF-SOROKIN, ESQ.
(Bar # 335725)
Defender Association of Philadelphia
1441 Sansom Street
Philadelphia, PA 19102
Phone:  267-765-6789
MLWolfSorokin@philadefender.org

*Counsel for Petitioner*

*/s/ Alanna N. Pawlowski*
ALANNA N. PAWLOWSKI
Assistant United States
Attorney
Eastern District of
Pennsylvania 615 Chestnut
Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  Alanna.Pawlowski@usdoj.gov

*Counsel for Respondents*

BY THE COURT:

Dated: March 18, 2026

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.
United States District Court