**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **EDWIN GEOCANNI MENENDEZ ORDONEZ,**<br><br>           **Petitioner,**<br><br>           **v.**<br><br>**J.L. JAMISON**, *et al.*,<br><br>           **Respondents.** | **CIVIL ACTION NO.  26-1683** |

## <u>ORDER</u>

**AND NOW,** this 19th day of March 2026, upon consideration of Edwin Geocanni Menendez Ordonez's Petition for Writ of Habeas Corpus [Doc. No. 1] and the government's answer [Doc. No. 5], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition [Doc. No. 1] is **GRANTED** as follows:

1.   Menendez Ordonez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2.   The government shall **RELEASE** Menendez Ordonez from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 12:00 p.m. ET on March 20, 2026.

3.   The government is temporarily enjoined from re-detaining Menendez Ordonez for seven days following his release from custody.

4.   If the government chooses to pursue renewed detention of Menendez Ordonez after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Menendez Ordonez poses a flight risk or a danger to the

community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Menendez Ordonez from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Menendez Ordonez is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Menendez Ordonez if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. In that eventuality, the Court will then determine whether to grant the request and permit transfer of Menendez Ordonez.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**