**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**EDWIN GEOCANNI MENENDEZ ORDONEZ,**

Petitioner,

v.

**J.L. JAMISON,** *et al.*,

Respondents.

**CIVIL ACTION NO.  26-1683**

## ORDER

**AND NOW**, this 11th day of June 2026, upon consideration that the Court rendered a final judgment in this case through its Memorandum Opinion and Order [Doc. Nos. 8, 9], and because the government has filed a Certification of Compliance [Doc. No. 10], it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**